UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JESUS JOSEPH VASQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CEMEX INC., a Louisianna corporation, CEMEX TRUCKING INC., a California corporation and DOES 1 through 50 inclusive,<br><br>        Defendants. | No. 2:26-cv-81 WBS AC<br><br>NOTICE ON NOTICES OF<br>RELATED CASES |
| ROBERT ROSE and PAUL SIMI, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and DOES 1 through 50,<br><br>        Defendants. | No. 2:23-cv-1979 WBS AC |

----oo0oo----

1

1      The court is in receipt of the notices of related cases
2 filed in Vasquez v. Cemex, Inc. et al., Case No. 2:26-cv-81 WBS
3 AC, and Rose et al. v. Cemex Construction Materials Pacific, LLC,
4 Case No. 2:23-cv-1979 WBS AC, pursuant to Local Rule 123(a).
5 Because both cases are already assigned to the same judge, there
6 is no need for the court to rule on the notices that were filed
7 in each of the above-entitled actions.
8 Dated:  January 13, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE