John G. Yslas (SBN 187324)
john.yslas@wilshirelawfirm.com
William M. Pao (SBN 219846)
william.pao@wilshirelawfirm.com
Matthew R. Baker (SBN 326238)
matthew.baker@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for *Plaintiff*
JESUS JOSEPH VASQUEZ

[*Additional counsel listed on following page*]

# UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JESUS JOSEPH VASQUEZ, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> CEMEX, INC., a Louisianna corporation; CEMEX TRUCKING, INC., a California corporation; and DOES 1 through 50, inclusive, <br><br> *Defendants*. | Case No.: 2:26-cv-00081-WBS-AC <br><br> **CLASS ACTION** <br><br> ASSIGNED FOR ALL PURPOSES TO: Hon. William B. Shubb, Courtroom 5 <br><br> **JOINT STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO ONE HUNDRED AND TWENTY (120) DAYS AND ORDER** <br><br> Date:      March 2, 2026 <br> Time:      1:30 p.m. <br> Courtroom.: 5 <br><br> State Action Filed:   December 10, 2025 <br> Action Removed:     January 12, 2026 <br> Trial Date:          Not Set |

HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
RYAN L. EDDINGS, SBN 256519
reddings@hansonbridgett.com
EMILY J. LEAHY, SBN 253866
ELeahy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for *Defendants*
CEMEX INC., and CEMEX TRUCKING, INC.

WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

JOINT STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO ONE HUNDRED AND TWENTY (120) DAYS AND ORDER

**JOINT STIPULATION**

Subject to approval by this Court, Plaintiff JESUS JOSEPH VASQUEZ ("Plaintiff") and Defendants CEMEX INC., and CEMEX TRUCKING, INC. ("Defendants" and collectively with Plaintiff as the "Parties"), hereby stipulate and agree and respectfully request that all proceedings in this matter are stayed for a period up to 120 days so that the Parties can engage in settlement or mediation discussions to resolve this matter, which includes the Parties' intent to reach resolution in the related matter of Rose, et al. v. CEMEX Construction Materials Pacific, LLC, et al., Case No. 2:23-CV-01979-WBS-AC, also pending before this Court, as part of resolution of the instant matter. The stay would include all pending deadlines including deadlines related to Defendants' pending Motion to Dismiss Complaint for Failure to State a Claim; Motion to Strike; or in the Alternative, Motion to Stay, Plaintiff's pending Motion to Remand, all pending discovery between the Parties, and the deadline for Plaintiff to file a Motion for Class Certification in this matter. The Parties request that the stay commence as of March 2, 2026 and terminate on or before June 30, 2026. The Parties will provide a simple Joint Status Report at least ten (10) days prior to the expiration of the Stay to inform the Court about the status of the Parties' efforts to resolve this matter, and/or the Parties suggested dates for completing the pending deadlines following the Stay.

The Parties contend there is good cause for this request as follows.

On January 20, 2026, Defendants filed a Motion to Dismiss Complaint for Failure to State a Claim; Motion to Strike; or in the Alternative, Motion to Stay, which is to be heard on March 2, 2026. On February 11, 2026, Plaintiff filed a Motion to Remand, which is to be heard on March 30, 2026. Following the filing of the Motions, the Parties met and conferred on February 27, 2026, and determined that given the posture of the case and the discovery completed in this matter, that the Parties are prepared to have meaningful settlement discussions and/or mediation efforts to resolve this matter. The Parties further contend that these settlement efforts should be taken prior to the Parties completing discovery and engaging in extensive law and motion, and the Parties believe that they can complete these efforts within 120 days.

/ / /

WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

/ / /

Respectfully submitted,

DATED: March 2, 2026        **WILSHIRE LAW FIRM, PLC**


*/s/ Matthew R. Baker*
JOHN G. YSLAS
WILLIAM M. PAO
MATTHEW R. BAKER
Attorneys for *Plaintiff*
JESUS JOSEPH VASQUEZ


DATED: March 2, 2026        **HANSON BRIDGETT LLP**


*/s/ Ryan L. Eddings*
DOROTHY S. LIU
RYAN L. EDDINGS
EMILY J. LEAHY
Attorneys for *Defendants*
CEMEX INC., and CEMEX TRUCKING, INC.

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

2
JOINT STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO ONE
HUNDRED AND TWENTY (120) DAYS AND ORDER

**ORDER**

Pursuant to the Parties' Joint Stipulation Re Request for Stay of Proceedings for a Period Up to One Hundred And Twenty (120) Days, and good cause appearing, it is **HEREBY ORDERED THAT**:

1.      The stay shall commence as of March 2, 2026 and terminate on June 30, 2026.

2.      The Parties file a Joint Status Report no later than **June 29, 2026** to inform the Court about the status of the Parties' efforts to resolve this matter, and/or the Parties suggested dates for completing the pending deadlines following the Stay.

3.      A Status Conference Re Stay of Action is set for **July 13, 2026 at 1:30 p.m**., to be held in person, in open court.

4.      The March 2, 2026 motion hearing regarding Defendants' Motion to Dismiss Complaint for Failure to State a Claim, Motion to Strike, or in the Alternative, Motion to Stay, and March 30, 2026 motion hearing regarding Plaintiff's Motion to Remand, and the May 18, 2026 Scheduling Conference are vacated.

**IT IS SO ORDERED**.

Dated:  March 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

3
JOINT STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO ONE HUNDRED AND TWENTY (120) DAYS AND ORDER