John G. Yslas (SBN 187324)
john.yslas@wilshirelawfirm.com
William M. Pao (SBN 219846)
william.pao@wilshirelawfirm.com
Matthew R. Baker (SBN 326238)
matthew.baker@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for *Plaintiff*
JESUS JOSEPH VASQUEZ

[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JESUS JOSEPH VASQUEZ, individually, and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br><br>  v.<br><br>CEMEX, INC., a Louisiana corporation; CEMEX TRUCKING, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>  *Defendants*. | Case No.: 2:26-cv-00081-WBS-AC<br><br>ASSIGNED FOR ALL PURPOSES TO: Hon. William B. Shubb, Courtroom 5<br><br>**JOINT STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION**<br><br>State Action Filed:  December 10, 2025<br>Action Removed:  January 12, 2026<br>Trial Date:  Vacated |

JOINT STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION

23255059.1

HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
RYAN L. EDDINGS, SBN 256519
reddings@hansonbridgett.com
EMILY J. LEAHY, SBN 253866
ELeahy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for *Defendants*
CEMEX INC., and CEMEX TRUCKING, INC.

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

JOINT STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION

23255059.1

**JOINT STIPULATION**

Subject to approval by this Court, Plaintiff JESUS JOSEPH VASQUEZ ("Plaintiff") and Defendants CEMEX INC., and CEMEX TRUCKING, INC. ("Defendants" and collectively with Plaintiff as the "Parties"), hereby stipulate and agree and respectfully request that the stay remain in effect until further order of the Court following the Parties' December 14, 2026 Joint Status Report. The Parties contend there is good cause for this request as follows.

On March 2, 2026, pursuant to a stipulation of the Parties, the Court ordered a stay in this matter for up to 120 days, through June 30, 2026, so that the Parties could engage in settlement or mediation discussions to resolve this matter and the related matter *Rose, et al. v. CEMEX Construction Material Pacific, LLC, et al,* Case No. 2:23-CV-01979-WBS-AC, also pending before this Court (Dkt. No #14). The ordered Stay included vacating all pending deadlines and the Court's Order provided that the Parties are to file a Joint Status Report by June 20, 2026, and appear before the Court for a Status Conference on July 13, 2026, at 1:30 p.m.

Since the Stay Order the Parties have been diligently working to reach an agreement on a mediator and the participation of counsel in both cases in the mediation. While those agreements have been made, the agreed upon mediator is not available for mediation until October or November 2026. Accordingly, the Parties in both this matter and the related *Rose* matter jointly request that the stay remain in effect until further order of the Court following the Parties' December 14, 2026 Joint Status Report. The Parties further request that the Court vacate the July 13, 2026 Status Conference, to be reset by the Court if necessary after review of the Joint Status Report. The Parties shall file a Joint Status Report on or before December 14, 2026, wherein the Parties will inform the Court about the status of the Parties' efforts to resolve this matter and the Parties' suggested dates for completing the pending deadlines following the Stay.

Respectfully submitted,

DATED:  June 30, 2026 **WILSHIRE LAW FIRM, PLC**

*/s/ Matthew R. Baker*
JOHN G. YSLAS
WILLIAM M. PAO

JOINT STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION

23255059.1

MATTHEW R. BAKER
Attorneys for *Plaintiff*
JESUS JOSEPH VASQUEZ

DATED:  June 30, 2026          **HANSON BRIDGETT LLP**

*/s/ Ryan L. Eddings*
DOROTHY S. LIU
RYAN L. EDDINGS
EMILY J. LEAHY
Attorneys for *Defendants*
CEMEX INC., and CEMEX TRUCKING, INC.

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

---

2

JOINT STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION

23255059.1

## ORDER

The stay of all proceedings in this action is extended until further order of this Court following the Parties' Joint Status Report. The Parties shall file a Joint Status Report no later than **December 28, 2026**, advising the Court of the status of their mediation and settlement efforts and, if necessary, proposing dates for rescheduling any remaining deadlines. The Status Conference currently set for July 13, 2026 is reset for **January 11, 2027 at 1:30 p.m.** pending mediation and settlement proceedings.

**IT IS SO ORDERED**.

Dated:  June 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

3

JOINT STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION

23255059.1